IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF A COMPLAINT
AND ARREST WARRANT FOR
ROBERT DAVIS

Case No. 19-3411 JMC

## AFFIDAVIT IN SUPPORT OF
## COMPLAINT AND ARREST WARRANT

I, Christopher Cheuvront, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, declare and state as follows:

### INTRODUCTION

1. This affidavit is made in support of a criminal complaint and arrest warrant for **ROBERT DAVIS** for possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g)(1).

2. Based on the facts contained in this affidavit, there is probable cause to believe that, on January 18, 2019, **DAVIS** possessed a firearm after having been convicted of a crime punishable by more than one year in prison.

### AFFIANT'S BACKGROUND

3. I am a duly sworn officer law enforcement officer and member of the Howard County Police Department ("HCPD") since April 2000. I am currently deputized as a Task Force Officer with the ATF. Prior to joining HCPD, I served in the United States Marine Corps. From August 1993 to April 2000, I was a member of the Baltimore Police Department ("BPD"). My primary expertise is in controlled dangerous substances and firearms investigations. In my 27 years of experience as a law enforcement officer, I have attended numerous training classes while with the BPD and HCPD, in the area of drugs, guns, and gangs. I have also attended gang training by Magloclen and completed a 3-day course given by High Intensity Drug Trafficking

Area ("HIDTA"), dealing with aspects of investigating, authoring, and conducting wiretap investigations.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause for **DAVIS**'s arrest, I have not included every fact known to me about this investigation. Rather, I have set forth only those facts I believe are necessary to support **DAVIS**'s lawful arrest. The statements in this affidavit are based on information provided to me by law enforcement officers, as well as my training, experience, and knowledge of this investigation.

## PROBABLE CAUSE

5. On January 18, 2019, as part of a robbery investigation, HCPD officers executed a state search warrant at **DAVIS**'s residence in Columbia, Maryland. During the search, the officers found three pistols in a safe, along with **DAVIS**'s birth certificate and health insurance card. The firearms were reported stolen from a federal firearms licensee ("FFL") in Carthage, North Carolina, on November 4, 2018.

6. A tower dump performed by ATF investigators in North Carolina showed the phone number for **DAVIS**'s cellphone in close proximity to the FFL around the time of the burglary. **DAVIS** had discarded the cellphone during another arrest on January 16, 2019. In addition, the burglary suspect, in screenshots from the FFL's surveillance footage, appears to be a black male. The suspect appears to be wearing a red, hooded, short-sleeved sweatshirt; a pair of gray sweatpants with the words "JUST DO IT" shown vertically along one of its lower legs; shoes with orange laces; and an off-green backpack with a unique logo on it. **DAVIS**, a black male, matched the physical descriptors of the burglary suspect as seen in the screenshots. At the

time of his January 18, 2019 arrest, **DAVIS** was wearing a red, hooded, short-sleeved sweatshirt closely resembling the clothing worn by the burglary suspect.

7. On January 19, 2019, ATF investigators executed another state warrant to search **DAVIS**'s residence for clothing from the burglary. While executing that warrant, investigators recovered Nike shoes with bright orange laces, a pair of gray sweatpants with the words "JUST DO IT" shown vertically along one of its lower legs, and an off-green backpack with camouflage and a unique logo on it, all of which resembled the burglary suspect's clothing and backpack.

8. The pistols are (1) a Ruger LC9S .9mm pistol bearing serial number 45273120, (2) a Kel-Tec P11 .9mm pistol bearing serial number AAA949, and (3) a Springfield XD .9mm pistol bearing serial number S3728160. The pistols were test fired by the HCPD Firearms Investigations Unit for the purposes of entering them into the National Integrated Ballistic Information Network, which tracks whether cartridge cases from a particular firearm match cartridge cases found at the scenes of previous shootings, and found to be operable. I have spoken with an interstate nexus expert who has examined the pistols and determined that they were not manufactured within the State of Maryland. In addition, the firearms were stolen from North Carolina last year. Therefore, they affected interstate commerce between the time they were manufactured and the time they were recovered by investigators on January 18, 2019.

9. I have reviewed **DAVIS**'s criminal history and determined that he has been convicted of a crime punishable by imprisonment of more than one year. In addition, **DAVIS** has received a sentence in excess of a year imprisonment (excluding any suspended time). Therefore, I believe **DAVIS** knew that he had been convicted of a crime punishable by imprisonment of more than one year.

## CONCLUSION

10. As a result of the information above, there is probable cause to believe that, on January 18, 2019, **DAVIS** possessed a firearm after having been convicted of a crime punishable by more than one year in prison, in violation of 18 U.S.C. § 922(g)(1).

WHEREFORE, I respectfully request that the Court authorize the attached criminal complaint and issue an arrest warrant.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

Task Force Officer Christopher Cheuvront
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me this _____ day of _____, 2019.

The Honorable J. Mark Coulson
United States Magistrate Judge
District of Maryland

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

OCT 21 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY